07-155M

## Violation Notice

**Violation Number:** R 3170704
**Officer Name (Print):** Brian Johnson
**Officer No:** J9889

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 04/25/2007
**Offense Charged:** ☐ CFR ☒ USC ☐ State Code
Title 21 US Code Section 844

**Place of Offense:** South Gate Dover AFB Dover DE 19902

**Offense Description:** Title 21 US Code Section 844 Simple Possession of a Controlled Substance

### DEFENDANT INFORMATION

**Last Name:** Bowers
**First Name:** Keith
**MI:** W
**Street Address:** [redacted]
**City:** Dover
**State:** DE
**Zip Code:** 19901
**Phone:** [redacted]
**Drivers License No:** [redacted]
**D.L. State:** DE
**Social Security No:** [redacted]
**Date of Birth (mm/dd/yyyy):** 1979
☒ Adult ☐ Juvenile  **Sex:** ☒ Male ☐ Female  **Hair:** BR  **Eyes:** HAZ  **Height:** 68"  **Weight:** 161

### VEHICLE DESCRIPTION

**Tag No:** PC84898  **State:** DE  **Year:** 1991  **Make/Model:** MAZDA/B22  **Color:** GRAY  **VIN:** [redacted]

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

**PAY THIS AMOUNT →** $ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

**YOUR COURT DATE** (If no court appearance date is shown, you will be notified of your appearance date by mail.)
**Court Address:** THE FEDERAL BUILDING US DISTRICT COURT 844 KING STREET WILMINGTON DE 19801
**Date (mm/dd/yyyy):** _____  **Time (hh mm):** _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X **Defendant Signature**

---

REDACTED

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 25 April 20 07 while exercising my duties as a law enforcement officer in the Kent District of Delaware

Your Honor while performing a routine vehicle search of a gray Mazda B-22 pick up I discovered a cigar like object under the drivers side floor mat. Based on the defendants prior investigation I concluded that the object was marijuana rolled into an cigar like which was that smoked. The substance inside the cigar was tested. The test was in conclusive. I advised the defendant of his rights afterwhich he stated to me that the substance was marijuana and he was using it the night before at about 8:30 pm.

The foregoing statement is based upon
☑ my personal observation   ☑ my personal investigation
☑ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 04/25/2007   Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____   US Magistrate Judge

CVR Scan 5/14/2007 14:04:43