IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA :

    **Plaintiff,**             :

    v.                    :      VIOLATION NOTICE NO. R317-0704

Keith W. Bowers    :

    **Defendant.**        :

## MOTION AND ORDER TO DISMISS

**NOW COMES** the United States of America, by its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and moves for the dismissal of the charges, with prejudice, in the above captioned case for _Keith W. Bowers_.

                                      COLM F. CONNOLLY
                                      United States Attorney

                 BY: _[signature]_

                                      KHELA VON LINSOWE, Captain, USAF
                                      Special Assistant United States Attorney

DATE: January 16, 2008

    **IT IS SO ORDERED** this _16th_ day of _January_ 2008.

                                      _[signature]_
                                      HONORABLE LEONARD P. STARK
                                      United States Magistrate Judge